UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CYNTHIA N. GARZA | § |
| | § |
| v. | §   CIVIL CASE NO. 4:19-CV-780 |
| | § |
| DHI MORTGAGE COMPANY, ET AL. | § |
| | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 12, 2020, the report of the Magistrate Judge, (Dkt. #60), was entered containing proposed findings of fact and recommendations that Defendants Wells Fargo Bank, N.A., as Trustee for Securitized Trust Ginnie Mae Remic 2007-051 Trust, Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Mortgage Electronic Registration System's Motion to Dismiss and Brief in Support Thereof, (Dkt. #23), be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, even after Plaintiff Cynthia N. Garza was granted an extension of time in which to file objections, (Dkt. #63), the Court determines that the Magistrate Judge's report should be adopted.

It is therefore **ORDERED** that the Defendants Wells Fargo Bank, N.A., as Trustee for Securitized Trust Ginnie Mae Remic 2007-051 Trust, Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Mortgage Electronic Registration System's Motion to Dismiss and Brief in Support Thereof, (Dkt. #23), is **GRANTED**, and Plaintiff's claims against each and every Defendant, including DHI Mortgage Company and Merrill Lynch, Pierce, and Fenner & Smith, Inc., are **DISMISSED WITH PREJUDICE**.

The Court will enter a final judgment by separate order.

**So ORDERED and SIGNED this 28th day of December, 2020.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE